# In the United States District Court for the Southern District of Georgia Waycross Division

COUNTRY MUTUAL INSURANCE
COMPANY,

    Plaintiff,

    v.

JEFFERY HARPER, WARREN BROWN,
and RENEE BROWN, Individually
and as Surviving Parents of
Warren Van Brown,

    Defendants.

CV 5:21-019

### ORDER

Before the Court is Plaintiff's Notice of Dismissal, dkt. no. 17, wherein it notifies the Court that it wishes to dismiss this declaratory judgment action. Plaintiff states the underlying tort suit upon which this action is based has been settled, and therefore Plaintiff moves the Court to dismiss this action without prejudice. Id. All Defendants have consented to the dismissal. Dkt. Nos. 19, 20.

The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to **close** this case.

**SO ORDERED**, this 14 day of February, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA